UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CANDACE BERRY                                                                                    Plaintiff

v.                                                                          Civil Action No. 3:21-cv-99-RGJ

REYNOLDS MANUFACTURING, INC., et al.                                                             Defendants

\* \* \* \* \*

**ORDER**

Plaintiff Candace Berry ("Berry") moves to remand this case to the Jefferson Circuit Court, stipulating that the amount in controversy is less than $75,000, inclusive of punitive damages, costs, attorneys' fees, and the fair market value of any injunctive relief. [DE 6, DE 6-1]. Defendants filed a response stating no objection to Berry's motion to remand based upon Berry's stipulation. [DE 9].

When, as in Kentucky, "a state prevents a plaintiff from pleading a specific amount of damages . . . and the plaintiff provides specific information about the amount in controversy for the first time in a stipulation, this district views such stipulations as a *clarification* of the amount in controversy rather than a *reduction* of such." *Agri-Power, Inc. v. Majestic JC, LLC*, No. 5:13-CV-00046-TBR, 2013 WL 3280244, at *3 (W.D. Ky. June 27, 2013) (citing *Proctor*, 2012 WL 4593409, at *3); *see also Heckman v. Cabela's Wholesale, Inc.*, No. 3:17-CV-00512-JHM, 2017 WL 6544826, at *1 (W.D. Ky. Dec. 21, 2017); *Tankersley v. Martinrea Heavy Stampings, Inc.*, 33 F. Supp. 3d 775, 780 (E.D. Ky. 2014) ("When a post-removal stipulation is the first specific statement of the alleged damages then it is considered a *clarification*, rather than a reduction, and the case may be remanded."). The Court has reviewed Berry's stipulation. [DE 6-1]. Because

Berry's stipulation is both a clarification of the amount in controversy and unequivocal, the amount is controversy requirement of 28 U.S.C. § 1332(a) is not satisfied. The Court thus lacks jurisdiction over the matter, and the case must be remanded.

Accordingly, the Court **ORDERS** that Berry's Motion to Remand [DE 6] is **GRANTED** and this matter is **STRICKEN** from the Court's active docket.

Rebecca Grady Jennings, District Judge
United States District Court

August 25, 2021

Cc: Jefferson Circuit Court